UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

       Plaintiff,

   -against-

CAPTAIN SHAW #1683,

       Defendant.

22-CV-4679 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

  Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendant violated his constitutional rights. By order dated June 10, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees.

  The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Captain Shaw (Shield No. #1683) waive service of summons.

  Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the date of this order, Defendant must serve responses to these standard discovery requests. In his responses, Defendant must quote each request verbatim.[1]

---

[1] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Court's Pro Se Intake Unit.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:  June 23, 2022
        New York, New York

_____
RONNIE ABRAMS
United States District Judge