DECLARATION OF SERVICE BY MAIL

I, Bailey Forcier, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on October 24, 2022, I served a true and correct copy of the following documents, dated October 24, 2022: **ANSWER to Complaint (ECF No. 11),** to plaintiff at the address below by depositing a copy of said documents, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York:

    Amaury Urena
    B&C: 2412102214
    George R. Vierno Center
    09-09 Hazen St.
    East Elmhurst, NY 11370

Dated: New York, NY
       October 24, 2022

                                            /s/ *Bailey Forcier*
                                            Bailey Forcier
                                            *Assistant Corporation Counsel*
                                            (admission pending)
                                            Special Federal Litigation Division