UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAURY URENA,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAPTAIN SHAW,<br><br>                    Defendant. | 22-cv-4679 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that the Warden or other official in charge of the George R. Vierno Center produce inmate Amaury Urena, Inmate No. 2412102214, at 4:45 p.m. on December 2, 2022, at a suitable location within the George R. Vierno Center equipped with a telephone, for purposes of participating in a conference by telephone with the Court in the above-referenced matter.

If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0162.

The New York City Law Department must (1) transmit this Order to the Warden forthwith; and (2) contact the George R. Vierno to arrange the call and to ensure Plaintiff will be available at the above date and time.

SO ORDERED.

Dated:     October 25, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge