UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

                Plaintiff,

        v.                                  22-CV-4679 (RA)

CAPTAIN SHAW et al.,                    ORDER

                Defendants.

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of a letter from Mr. Urena, which indicates a change in address, asks about the status of this matter, and and requests copies of case documents.  Mr. Urena is advised that the Court is still reviewing the parties' cross-motions for summary judgment in this matter and that he will be notified as soon as a decision has been reached.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Urena's new address: 19-19 Hazen Street, East Elmhurst, NY 11370.  The Clerk of Court is further directed to mail Mr. Urena copies of the following ECF Nos.: 41, 42, 43, 44, 45, 46, 48, 49, 50, and 51.

SO ORDERED.

Dated:     June 4, 2024
            New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge