UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMAURY URENA,

                Plaintiff,

v.

THE CITY OF NEW YORK; CAPTAIN TERRANCE SHAW; CO INGRAM LAGUERRE; and CO ABRAHAM ORTIZ,

                Defendants.

22-CV-4679 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On September 10, 2024, the Court directed Mr. Urena to notify the Court by October 10, 2024 whether he seeks counsel to represent him at trial. To date, the Court has not received a response from Mr. Urena. No later than October 29, 2024, Mr. Urena shall notify the Court whether he seeks counsel to represent him at trial.

    The Clerk of Court is respectfully directed mail a copy of this Order to Mr. Urena at the address provided in ECF. No. 54.

SO ORDERED.

Dated:    October 15, 2024
              New York, New York

                                                                     Ronnie Abrams
                                                                     United States District Judge