UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMAURY URENA,

                Plaintiff,

        v.

THE CITY OF NEW YORK; CAPTAIN TERRANCE SHAW; CO INGRAM LAGUERRE; and CO ABRAHAM ORTIZ,

                Defendants.

No. 22-cv-4679 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On September 10, 2024, the Court directed Mr. Urena to advise the Court whether he seeks counsel to represent him at trial.  *See* ECF No. 55.  By letter dated September 23, 2024, which the Court received on October 8, 2024, Mr. Urena requested counsel to represent him at trial.  *See* ECF No. 57.  By letter dated October 25, 2024, however, counsel for Defendant Shaw informed the Court that the parties have reached an agreement to settle this matter, *see* ECF No. 58, in which case there would be no need to appoint counsel to represent Mr. Urena at trial.  Accordingly, unless the Court receives an objection from Mr. Urena within thirty (30) days of the date of this Order, the case will be closed.  Moreover, if the parties seek to have the Court retain jurisdiction to enforce any settlement agreement, they must place the terms of the agreement on the public record and have it "so ordered" by the Court.  *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

      The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Urena.

SO ORDERED.

Dated:    October 29, 2024
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge