UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMAURY URENA,

                Plaintiff,

v.

THE CITY OF NEW YORK; CAPTAIN TERRANCE SHAW; CO INGRAM LAGUERRE; and CO ABRAHAM ORTIZ,

                Defendants.

No. 22-cv-4679 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

     In light of the parties' settlement and the fact that the Court has not received any additional correspondence from Mr. Urena since the Court's October 29, 2024 Order, *see* ECF No. 59, the Clerk of Court is respectfully directed to terminate any pending motions and close this case. Additionally, the Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Urena.

SO ORDERED.

Dated:    December 18, 2024
             New York, New York

                                                       _____
                                                         Ronnie Abrams
                                                         United States District Judge