UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMAURY URENA,

                Plaintiff,

v.

CAPTAIN TERRANCE SHAW,

                Defendant.

No. 22-cv-4679 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On October 25, 2025, Defendant filed a letter informing the Court that the parties had reached a settlement, and that a stipulation and order of dismissal and settlement agreement would be submitted to the Court once executed. *See* ECF No. 58. The Court, however, has now received a letter from Mr. Urena, dated February 10, 2025, indicating that Defendant has not yet executed the settlement agreement and stipulation of dismissal. *See* ECF No. 61. If Defendant still intends to settle this matter, counsel shall submit executed documents to the Court no later than February 26, 2025.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Urena.

SO ORDERED.

Dated:     February 19, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge