UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMAURY URENA,

                Plaintiff,

v.

CAPTAIN TERRANCE SHAW,

                Defendant.

No. 22-cv-4679 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 21, 2025, the Court "so ordered" the parties' stipulation of dismissal, which incorporated their executed settlement agreement. *See* ECF No. 64. Accordingly, the Court has retained jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Court has now received a letter from Mr. Urena, dated February 4, 2025, seeking to compel Defendant to execute the settlement agreement. That application is denied as moot.

The Clerk of Court is respectfully directed to close the motions pending at ECF Nos. 61 and 65 and to mail a copy of this order to Mr. Urena.

SO ORDERED.

Dated:     February 28, 2025
             New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge